FILED
11/14/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANAPOLIS

(Full name of plaintiff(s))

CHRIS ALLEN

v.

Case Number: 1:23-cv-02064-JRS-CSW
(to be supplied by clerk of court)

(Full name of defendant(s))

Charles Elombe, FNP Individual & Official capacity

Bolaji Oso, NP Individual & Official capacity

Ms. Alyssa, Nurse Administrator, Individual & Official capacity

A. PARTIES

1. Plaintiff is a citizen of INDIANA (State), and is located at Plainfield Correctional Facility, 727 Moon Rd Plainfield, IN 46168 (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant See page 3(e) (Name)

is (if a person or private corporation) a citizen of See page 3(e)
(State, if known)

and (if a person) resides at See page 3(e)
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for See page 3(e)
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff Allen is a patient with severe eczema since birth and is currently ward of the state of Indiana, housed at Plainfield Correctional Facility, A.K.A. IYC where he is serving a sentence for an alledged Criminal Offense. Plaintiff is also wheelchair bound due to a MVA, whereby a leg brace is needed to sufficiently walk. Prior to arriving at IYC in August, 2022, Plaintiff was housed at Miami Correctional Facility whereby Mr. Allen Received adequate medical treatment.

However, upon arrival at this facility, Plaintiff Allen has encountered deliberate indifference at every appointment and with each healthcare form provided to the Defendants. The first several months Plaintiff was evaluated by Nurse Practioner (NP) Mr. Charles, Administrative Nurse Ms. Alyssa and NP Ojo, Bolaji. Each of these (3) three Defendants advised Plaintiff they were not going to follow the professional advice and instruction of (NP) Ms. Kimberly regarding Lubriderm mixed with menthol compound, which is the only eczema medicine strong enough to treat Plaintiff's severe eczema. These three Defendants also advised Plaintiff they were not going to send him to an outside Dermatologist. NPs Mr. Charles, and Mr. Ojo therefore prescribed generic eczema creams that have not affected change except to increase the symptons' severity which Plantiff endures. This is perilous to Plaintiff's health and life. Plaintiff repeatedly submitted healthcare slips explaining the progression of his eczema. At oneappointment Def. Alyssa informed Plaintiff that she would order the



Lubriderm menthol mix compound, and then some time after said appointment Ms. Alyssa change her mind and deny Plaintiff's request.

On June 26th 2023, Plaintiff is called to a medical appointment w/ Mr. Charles (Def.) and is informed by same that Plaintiff will be prescribed a different generic medication, give it (2) weeks and if it doesn't work then Mr. Charles will order the Lubriderm compound. On or about July 7th 2023, Plaintiff is called to medical for update on medicatation - Def. Charles and Def. Ojo are informed of the eczema progression despite the generic medicine change. With Defendants own eyes, both NPs took notes on, Plaintiff's severe rashes, flaky skin and seepich/oozing various parts of his body as well as various eczema scabs and burning itching the Plaintiff endures. Despite this evaluation both, Mr. Charles and Mr. Ojo denied Plaintiff's plea for proper medication - Lubriderm compound.

On September 1st 2023, Def. Ojo has a nurse Mr. Rubin begin a 4 week injection trial of methotrexate shots administered to Plaintiff. They were scheduled for every Friday morning. By the time Plaintiff accepted



the 2nd shot on the 8th of September, Plaintiff developed a critical allergic reaction to the methotrexate medicine. The methotrexate shot appeared to be increasing Plaintiff's eczema symptoms instead of decreasing them. The defendants began prescribing Lidex at 0.1% strength to Plaintiff and advising to keep using this cream and Defendants will wait and see.

At present Plaintiff is suffering scarring and scabbing under right breast; peeling and and scabbing over various parts of his body; scabbing and bleeding around upper back near his neck; Left Leg swelling, flaky and Leaking; Rash (Redness) and sore around groin area. All this due to negative reaction to generic medication being prescribed by Defendants. According to Plaintiff's own medical records, while here at IYC Facility as reported by the Defendants, Plaintiff has consistently requested and complained for the Lubriderm mixed w/ menthol compound and his symptoms due to not Receiving said medications.



As Plaintiff stated above, while at the other facility prior to IYC, Plaintiff had a serious eczema reaction where he was placed in infirmary and treated with Lubriderm mixed w/ menthol compound. Plaintiff has a severe case of eczema that only the strongest medication can treat. Lubriderm is that medication. The Defendants are well aware of this and have chosen instead to put Plaintiff at risk of another serious eczema reaction. Forcing Plaintiff to endure over a year of itching, burning, swelling, flaky skin, leaky pores, rashes, and continual denial of proper medical treatment constitutes cruel and unusual punishment.

If the Defendants, NP Mr. Ojo, FNP Mr. Elomba, or their supervisor Ms. Alyssa Nurse Administrator would have prescribed Plaintiff the Lubriderm compound upon Plaintiff's arrival here at the facility, Plaintiff would not have these symptoms and this federal Lawsuit would not need to be pursued.

Plaintiff Allen has no other option at this

time but to seek federal remedy/reddress.
Each Defendant took photos, however, Mr. Ojo, and Mr. Elomba only examined Plaintiff's hands during visits. Every day that Plaintiff endurs the unneccessary symptons due to Defendants cruel and unusual punishment-deliberate indifference- is another day of unnecessary misery and distress. Plaintiff has grievance process and is therefore pursuing 1983 Lawsuit.

Parties Cont'd.
Each Defendant is a Citizen of Indiana and resides in same. Each Defendant works for Centurion.

# Conclusion

Plaintiff is suing Defendants for deliberate indifference. under the (8th) Eigth Amendment of the U.S. Constitution regarding cruel and unusual Punishment. Each Defendant was apprised of Plaintiff's medical history upon Plaintiff's arrival here at IYC, which is when Defendants gave Plaintiff a medical evaluation prior to placing Mr. Allen in general population. Each Defendant received multiple healthcare requests from Plaintiff for a year now. Each Defendant reexamined Plaintiff over this same time period. Each Defendant were aware, monthly, of Plaintiff's severe eczema progressing to its current stage, a most perilous stage. Each Defendant, despite their examinations, chose to provide Plaintiff with ineffective medications for a year. This constitutes deliberate indifference and hence, a violation of Plaintiff's EighAmendent right to be free from cruel and unusual punishment while incarcerated.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $________.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Court order that Defendants prescribe Plaintiff with proper medication - Lubriderm mixed with menthol compound, during the duration of Plaintiff's remaining few year in IDOC, and all other proper medical treatment. Court Order that Defendants schedule and transport Plaintiff to a dermatologist, re: eczema. And for compensation for pain, suffering, physiological damage, mental anguish - to be determined by a jury trial.

E. JURY DEMAND

☒ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 14 day of Nov 2023.

Respectfully Submitted,

Chris Allen
Signature of Plaintiff

#896062
Plaintiff's Prisoner ID Number

727 Moon Road, Plainfield, Ind 46168-9400
Plainfield Correctional Facility
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

Chris Allen
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

FILING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.